**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

VENEZUELAN ASSOCIATION OF
MASSACHUSETTS; NATIONAL TPS
ALLIANCE; ASYLUM SEEKER
ADVOCACY PROJECT; SERVICE
EMPLOYEES INTERNATIONAL UNION;
AND SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 32BJ,

     *Plaintiffs*,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; JOSEPH B.
EDLOW, in his official capacity as the
Director of USCIS; U.S. DEPARTMENT OF
HOMELAND SECURITY; MARKWAYNE
MULLIN, in his official capacity as Secretary
of Homeland Security;

     *Defendants*.

Case No. 1:26-cv-13038

**MOTION FOR ADMISSION
OF BRIAN NETTER**
***PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of attorney Brian Netter as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Brian Netter, filed herewith.

Mr. Netter is admitted to practice law with the Bars of the District of Columbia, Illinois, the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, the United States District Court for the Western District of New York, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit,  the United States Court of Appeals for the First Circuit, the United States Court of Appeals for the Second Circuit, the United States Court of Appeals for the Sixth

Circuit, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the Eighth Circuit, the United States Court of Appeals for the Ninth Circuit, the United States Court of Appeals for the Tenth Circuit, the United States Court of Appeals for the Eleventh Circuit, the United States Tax Court, and the Supreme Court of the United States. As set forth in Mr. Netter's declaration, he is admitted and an active member in good standing with all bars of which he is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against him, has not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Sean Ouellette, an active and sponsoring member of the Bar of this Court.

Dated: July 1, 2026

Respectfully submitted,

*/s/ Sean Ouellette*
Sean Ouellette (Mass. BBO No. 697559)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 921-4875
souellette@democracyforward.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Sean Ouellette, hereby certify that on July 1, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: July 1, 2026                                                      Respectfully submitted,

                                                                          */s/ Sean Ouellette*
                                                                          Sean Ouellette