# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

VENEZUELAN ASSOCIATION OF
MASSACHUSETTS; NATIONAL TPS
ALLIANCE; ASYLUM SEEKER
ADVOCACY PROJECT; SERVICE
EMPLOYEES INTERNATIONAL UNION;
AND SERVICE EMPLOYEES
INTERNATIONAL UNION LOCAL 32BJ,

     *Plaintiffs*,

     v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; JOSEPH B.
EDLOW, in his official capacity as the
Director of USCIS; U.S. DEPARTMENT OF
HOMELAND SECURITY; MARKWAYNE
MULLIN, in his official capacity as Secretary
of Homeland Security;

     *Defendants*.

Case No. 1:26-cv-13038

**DECLARATION OF BRIAN
NETTER IN SUPPORT
OF MOTION FOR ADMISSION
*PRO HAC VICE***

I, Brian Netter, hereby certify and state:

1.  I am a Legal Director at Democracy Forward Foundation.

2.  My business address is P.O. Box 34553, Washington, D.C. 20043. My business telephone number is 202-448-9090. My business fax is 202-921-4875. My email address is bnetter@democracyforward.org.

3.  I am a member in good standing of the Bars of:

    a.  the District of Columbia,

    b.  Illinois,

    c.  the United States District Court for the District of Columbia,

    d.  the United States District Court for the District of Maryland,

    e.  the United States District Court for the Western District of New York,

    f.  the United States Court of Appeals for the District of Columbia Circuit,

    g.  the United States Court of Appeals for the Federal Circuit,

    h.  the United States Court of Appeals for the First Circuit,

    i.  the United States Court of Appeals for the Second Circuit,

    j.  the United States Court of Appeals for the Sixth Circuit,

    k.  the United States Court of Appeals for the Seventh Circuit,

    l.  the United States Court of Appeals for the Eighth Circuit,

    m.  the United States Court of Appeals for the Ninth Circuit,

    n.  the United States Court of Appeals for the Tenth Circuit,

    o.  the United States Court of Appeals for the Eleventh Circuit,

    p.  the United States Tax Court, and

    q.  the Supreme Court of the United States.

4. I have no pending disciplinary proceedings against me in any jurisdiction.

5. I have not been denied admission, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 1, 2026
      Washington, D.C.

Respectfully submitted,

*/s/ Brian Netter*
Brian Netter (DC Bar No. 979362)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 921-4875
Email: bnetter@democracyforward.org

*Attorney for Plaintiffs*