**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-13038 |

**MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING TWENTY PAGES**

Pursuant to Local Rule 7.1(b)(4), Plaintiffs hereby move for leave to file an overlength memorandum of up to 45 pages in support of Plaintiffs' Motion for A Stay of Agency Action Under 5 U.S.C. § 705. *See* Local Rule 7.1(b)(4) (permitting overlength memoranda with leave of court).

Plaintiffs have good cause to request leave to file an overlength brief given (1) the stakes of the case—whether the government has the authority to retroactively limit the work authorization of individuals with Temporary Protected Status ("TPS"), reject asylum applications for failure to pay an annual fee, and eliminate the longstanding 30-day regulatory processing timeline for initial asylum-based work permits with no notice or explanation; (2) the multiple overlapping agency actions at issue: a July 22, 2025 Federal Register Notice ("FRN"), a policy implementing the July 22, 2025 FRN, a March 2026 update to U.S. Citizenship and Immigration Service's website; and an April 29, 2026 Interim Final Rule; (3) the detailed statutory and regulatory scheme; and (4) the number of counts in the complaint, which span multiple theories under the U.S. Constitution and

the Administrative Procedure Act. Plaintiffs submit that additional space to develop necessary factual background and address the governing legal principles will aid the Court in resolving the issues presented. Granting this Motion will not result in any prejudice, and Plaintiffs would be amenable to a corresponding extension for any opposition filed by Defendants.

Accordingly, Plaintiffs respectfully request that this Court grant this motion for leave to file an overlength brief.

Dated July 2, 2026

Conchita Cruz*
Jessica Hanson**
Marcela X. Johnson*
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jessica Karp Bansal*
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689
jessica@ndlon.org

Respectfully submitted,

*/s/ Sean Ouellette*
Sean Ouellette (MA Bar. No. 697559)
Jennie L. Kneedler ° (DC Bar No. 500261)
Steven Y. Bressler ° (DC Bar No. 482492)
Brian Netter ° (DC Bar No. 979362)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

*Counsel for All Plaintiffs*

* Motion to appear *pro hac vice* forthcoming
** Application for admission forthcoming
° Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I also sent the government a copy of the foregoing motion by emailing it to three attorneys for the Department of Justice including:

**Benjamin Moss**
Acting Senior Counsel for District Court Litigation
Office of Immigration Litigation
benjamin.m.moss2@usdoj.gov

**Catherine M. Reno**
Acting Assistant Director
Office of Immigration Litigation
catherine.m.reno@usdoj.gov

**Rayford Farquhar**
Chief, Defensive Litigation, Civil Division
U.S. Attorney's Office for the District of Massachusetts
rayford.farquhar@usdoj.gov

*/s/ Sean Ouellete*
Sean Ouellette
*Counsel for Plaintiffs*

**RULE 7.1 STATEMENT**

Pursuant to Local Rule 7.1(a)(2), I certify that on July 1, 2026 at 12:17 pm, my colleague Jennie Kneedler emailed counsel for Defendants asking for their position on this Motion. At the time of this filing, counsel for Defendants had not yet responded. Plaintiffs are proceeding with this filing given the need for prompt relief as set forth in the memorandum of law filed in support of their motion for a stay.

*/s/ Sean Ouellete*
Sean Ouellette
*Counsel for Plaintiffs*