**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-13038 |

**[PROPOSED] ORDER GRANTING MOTION TO ENLARGE PAGES**

IT IS HEREBY ORDERED that Plaintiffs' motion to file a brief in excess of 20 pages is GRANTED.

 

_____

United States District Judge