UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

VENEZUELAN ASSOCIATION OF MASSACHUSETTS, ET AL
Plaintiff

Case Number: 1:26-cv-13038

vs

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.
Defendant

**AFFIDAVIT OF SERVICE**

Now comes, Cynthia Paris the undersigned and does hereby swear and affirm, affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in the above styled cause and has a legal domicile of Boston, MA.

I, Cynthia Paris certify that on, **07/02/2026**, at **1:22 PM**, I served a copy of the within *Summons, Complaint, Motion to Enlarge Pages, Proposed Order to Enlarge Pages, Motion for 705 Stay of Agency Action, Proposed Order Granting 705 Stay, Memorandum in Support of Motion for 705 Stay of Agency Action, Declarations* upon the within named c/o Civil Process Clerk, U.S. Attorney's Office for the District of Massachusetts, John Joseph Moakley Courthouse, in the following manner,

(xx)  <u>**Corporate/Partnership Service:**</u> Through Personal Service of each document, a true copy to **Annetta (surname withheld), Court Clerk, Suite 9200,** whom based on information and belief affiant knew said individual to be a person authorized to accept service on behalf of **c/o Civil Process Clerk, U.S. Attorney's Office for the District of Massachusetts, John Joseph Moakley Courthouse.**

Said service was effected at the following location: **1 Courthouse Way, Suite 9200, Boston, MA 02210.**

I, Cynthia Paris describe the individual accepting service **Annetta (surname withheld)** as follows: **Annetta (surname withheld),** is a White Female, approximately In her 30s, with Dark hair, approximately 5'4" and weighing 135 lb..

I, Cynthia Paris certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are

7/2/2026
_____
Date

87677

Cynthia Paris
_____
Cynthia Paris
P.O. Box 18647
Washington, DC  20036
202-296-0222

# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, ET AL. | |
| *Plaintiff* | |
| v. | Civil Action No.: 1:26-CV-13038-NMG |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL. | |
| *Defendant* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

c/o Civil Process Clerk
U.S. Attorney's Office for the District of Massachusetts
John Joseph Moakley Courthouse,
1 Courthouse Way, Suite 9200,
Boston, MA 02210

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) —— or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —— you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**ROBERT M. FARRELL**

*CLERK OF COURT*

/s/ – Nicole M Cowan

*Signature of Clerk or Deputy Clerk*

ISSUED ON 2026–07–02 08:09:25. Clerk USDC DMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-13038

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* c/o Civil Process Clerk, U.S. Attorney's Office for the District of Massachusetts,
was received by me on *(date)*   7/2/2026                      John Joseph Moakley Courthouse
.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ : or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____,_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

                                    Annetta (surname withheld), Court Clerk, Suite 9200
☒ I served the summons on *(name of individual)*   1 Courthouse Way, Suite 9200, Boston, MA 02210          . who is

designated by law to accept service of process on behalf of *(name of organization)*

c/o Civil Process Clerk, U.S. Attorney's Office for the District of Massachusetts *on*       7/2/2026   1:22 PM : or
                                    John Joseph Moakley Courthouse
I returned the summons unexecuted because _____ : or

☐ Other *(specify:*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   7/2/2026 _____                    _____
                                                        *Server's signature*

                                                    Cynthia Paris, Process Server
                                                    _____
                                                        *Printed name and title*

87677                                               P.O. Box 18647, Washington, DC  20036
                                                    _____
                                                        *Server's address*

Additional information regarding attempted service, etc:
Annetta (surname withheld) Gender: Female     Race/Skin: Caucasian   Age: In her 30s Weight: 135 lb.  Height:
5'4"     Hair: Dark      Glasses: No     Other:

Documents Served: Summons, Complaint, Motion to Enlarge Pages, Proposed Order to Enlarge Pages, Motion
for 705 Stay of Agency Action, Proposed Order Granting 705 Stay, Memorandum in Support of Motion for 705
Stay of Agency Action, Declarations