# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

VENEZUELAN ASSOCIATION OF MASSACHUSETTS, ET AL
**Plaintiff**

vs

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.
**Defendant**

**Case Number: 1:26-cv-13038**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 07/02/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Summons, Complaint, Motion to Enlarge Pages, Proposed Order to Enlarge Pages, Motion for 705 Stay of Agency Action, Proposed Order Granting 705 Stay, Memorandum in Support of Motion for 705 Stay of Agency Action, Declarations** upon the within named **United States Citizenship and Immigration Services**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9757 75 with Return Receipt . The sealed envelope was signed for on **07/06/2026 .** (Exhibit A)

Addressed As Follows: **United States Citizenship and Immigration Services,  5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/6/2026
_____
*Date*



87685

*Rita Berzins*
_____
**Rita Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:26-cv-13038

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   United States Citizenship and Immigration Services

was received by me on *(date)*   7/2/2026                    .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____,_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*    **Mailed by Certified Mail 9402 8362 0855 1274 9757 75 to 5900 Capital Gateway Drive, Mail Stop 2120, Camp Springs, MD 20588 on 07/02/2026. Service was signed for on 07/06/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   7/6/2026 _____

Rita Berzins

*Server's signature*

Rita Berzins, Process Server

*Printed name and title*

P.O. Box 18647, Washington, DC  20036

*Server's address*

87685

Additional information regarding attempted service, etc:

Documents Served: Summons, Complaint, Motion to Enlarge Pages, Proposed Order to Enlarge Pages, Motion for 705 Stay of Agency Action, Proposed Order Granting 705 Stay, Memorandum in Support of Motion for 705 Stay of Agency Action, Declarations


**UNITED STATES POSTAL SERVICE** ®

July 06, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9757 75**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 06, 2026, 09:51 am |
| **Location:** | WASHINGTON, DC 20529 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | US CITIZENSHIP & IMMIGRATION SVS |

## Shipment Details

**Weight:**

## Recipient Signature

**Signature of Recipient:** R Gill
R Gill

**Address of Recipient:** 20529

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

US CITIZENSHIP & IMMIGRATION SVS
5900 CAPITAL GATEWAY DRIVE
MAIL STOP 2120
CAMP SPRINGS, MD 20588
Reference #: 87685
Item ID: 87685

# EXHIBIT A