**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-13038 |

**DECLARATION OF MARCELA X. JOHNSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Marcela X. Johnson, hereby certify and state:

1. I am Litigation Counsel at the Asylum Seeker Advocacy Project.

2. My business address is: 228 Park Ave. S. #84810, New York, NY 10003-1502. My business phone number is: (646) 937-0164. My business email address is: marcela.johnson@asaptogether.org.

3. I am a member in good standing of the bars of:

   a. the State of Georgia;

   b. the U.S. District Court for the Northern District of Georgia;

   c. the U.S. District Court for the Middle District of Georgia; and

   d. the United States Court of Appeals for the Eleventh Circuit.

4. I have no pending disciplinary proceedings against me in any jurisdiction.

1

5.  I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

6.  I have not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct.

7.  I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Marcela X. Johnson*
Marcela X. Johnson
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 937-0164
marcela.johnson@asaptogether.org

*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>      *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>      *Defendants*. | Case No. 1:26-cv-13038 |

**MOTION FOR ADMISSION OF MARCELA X. JOHNSON *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Plaintiffs move for the pro hac vice admission of attorney Marcela X. Johnson as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Marcela X. Johnson, filed herewith.

Ms. Johnson is admitted to practice law with the Bars of the State of Georgia, the U.S. District Court for the Northern District of Georgia, the U.S. District Court for the Middle District of Georgia, and the United States Court of Appeals for the Eleventh Circuit. As set forth in Ms. Johnson's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a pro hac vice admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Sean Ouellette, an active and sponsoring member of the Bar of this Court.

1

Dated: July 9, 2026

Respectfully submitted,

/s/ Sean Ouellette

Sean Ouellette (MA Bar No. 697559)
**DEMOCRACY FORWARD
FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org

*Attorney for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I, Sean Ouellette, hereby certify that on July 6, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: July 9, 2026

Respectfully submitted,

/s/ Sean Ouellette

Sean Ouellette

3