**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        *Defendants*. | Case No. 1:26-cv-13038 |

**DECLARATION OF CONCHITA CRUZ IN SUPPORT OF MOTION FOR ADMISSION**
***PRO HAC VICE***

I, Conchita Cruz, hereby certify and state:

1.  I am the Co-Executive Director of the Asylum Seeker Advocacy Project.

2.  My business address is: 228 Park Ave. S. #84810, New York, NY 10003-1502.  My business phone number is: (646) 968-0279.  My business email address is: conchita.cruz@asaptogether.org.

3.  I am a member in good standing of the bar of the State of New York and the U.S. District Court for the Southern District of New York.

4.  I have no pending disciplinary proceedings against me in any jurisdiction.

5.  I have not been denied admission, been disciplined by, surrendered my license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court.

1

6. I have not previously had a *pro hac vice* admission or other limited admission to this Court revoked for misconduct.

7. I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Conchita Cruz*
Conchita Cruz
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 968-0279
conchita.cruz@asaptogether.org

*Attorney for Plaintiffs*

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-13038 |

**MOTION FOR ADMISSION OF CONCHITA CRUZ *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Plaintiffs move for the pro hac vice admission of attorney Conchita Cruz as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Conchita Cruz, filed herewith.

Ms. Cruz is admitted to practice law with the Bar of the State of New York and the U.S. District Court for the Southern District of New York. As set forth in Ms. Cruz's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a pro hac vice admission or other limited admission to this court revoked for misconduct, and has read and agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Sean Ouellette, an active and sponsoring member of the Bar of this Court.

1

Dated: July 9, 2026

Respectfully submitted,

/s/ Sean Ouellette

Sean Ouellette (MA Bar No. 697559)
**DEMOCRACY FORWARD**
**FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org

*Attorney for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I, Sean Ouellette, hereby certify that on July 6, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent    electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


Dated: July 9, 2026                                                    Respectfully submitted,

                                                                       /s/ Sean Ouellette
                                                                       Sean Ouellette

3