**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>     *Plaintiffs*,<br><br>v.<br><br><br><br>U.S. Citizenship and Immigration Services, *et al.*,<br><br>     *Defendants*. | Case No. 1:26-cv-13038<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jessica Karp Bansal, hereby declare:

1. I am an attorney with the National Day Laborer Organizing Network.

2. My business address is 1030 S. Arroyo Parkway, Suite 106, Pasadena, CA 91105. My business phone number is (626) 214-5689. My email address is jessica@ndlon.org.

3. I am a member in good standing of the Bars of:

    a. California,

    b. New York,

    c. The United States District Courts for the Central, Southern, and Northern Districts of California,

    d. The United States Court of Appeals for the Ninth Circuit,

    e. and the Supreme Court of the United States.

4. I have no pending disciplinary proceedings against me in any jurisdiction.

5. I have not been denied admission, been disciplined by, resigned from, surrendered my

1

2

license to practice before, or withdrawn an application for admission to practice before any bar, or before this Court or any other court. I have not previously had a *pro hac vice* admission or other limited admission to this court revoked for misconduct.

6.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 13, 2026 in Claremont, CA                  Respectfully submitted,

Jessica Karp Bansal (CA Bar No. 277347)
National Day Laborer Organizing Network
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Phone: (626) 214-5689
Email: jessica@ndlon.org
*Attorney for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION; AND SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in his official capacity as the Director of USCIS; U.S. DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; <br><br> *Defendants*. | Case No. 1:26-cv-13038 <br><br> **MOTION FOR ADMISSION OF JESSICA KARP BANSAL** ***PRO HAC VICE*** |

Pursuant to Local Rule 83.5.3, Plaintiffs move for the *pro hac vice* admission of attorney Jessica Karp Bansal as counsel for Plaintiffs in the above-titled action. This motion is supported by the Declaration of Jessica Karp Bansal, filed herewith.

Ms. Karp Bansal is admitted to practice law with the Bars of California, New York, the United States District Courts for the Central, Southern, and Northern Districts of California, the United States Court of Appeals for the Ninth Circuit, and the Supreme Court of the United States. As set forth in Ms. Karp Bansal's declaration, she is admitted and an active member in good standing with all bars of which she is a member, has not been suspended or disbarred in any jurisdiction, has no disciplinary proceedings pending against her, has not previously had a *pro hac*

*vice* admission or other limited admission to this court revoked for misconduct, and has read and

agrees to comply with the Local Rules of the U.S. District Court for the District of Massachusetts.

This motion is supported and signed by Sean Ouellette, an active and sponsoring member

of the Bar of this Court.

Dated: July 13, 2026

Respectfully submitted,

*/s/ Sean Ouellette*
Sean Ouellette (Mass. BBO No. 697559)
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
Fax: (202) 921-4875
souellette@democracyforward.org

*Attorney for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I, Sean Ouellette, hereby certify that on July 13, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: July 13, 2026                                      Respectfully submitted,

                                                          */s/ Sean Ouellette*
                                                          Sean Ouellette