# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Venezuelan Association of Massachusetts
Plaintiff

vs

U.S. CITIZENSHIP AND IMMIGRATION SERVICES
Defendant

)
)
)
)
)
)
)
)

**Case Number: 1:26-cv-13038**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 07/08/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay** upon the within named **Markwayne Mullin, in his official capacity as Secretary of Homeland Security, Office of the General Counsel, U.S. Department of Homeland Security**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9772 50 with Return Receipt . The sealed envelope was signed for on **07/09/2026 .** (Exhibit A)

Addressed As Follows: **Markwayne Mullin, in his official capacity as Secretary of Homeland Security, Office of the General Counsel, U.S. Department of Homeland Security,  245 Murray Ln SW, Mail Stop 0485, Washington, DC 20528**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/9/2026
_____
Date


87757

*Rita Berzins*
_____
**Rita Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  1:26-cv-13038

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Markwayne Mullin, in his official capacity as Secretary of Homeland Security

was received by me on *(date)*  7/8/2026                  .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*  Mailed by Certified  Mail 9402 8362 0855 1274 9772 50 to  245 Murray Ln SW, Mail Stop 0485, Washington, DC 20528 on 07/08/2026. Service was signed for on 07/09/2026. (See Exhibit A)

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:  7/9/2026 _____

_____
Server's signature

Rita Berzins, Process Server
_____
Printed name and title

87757

P.O. Box 18647, Washington, DC  20036
_____
Server's address

Additional information regarding attempted service, etc:

Documents Served: Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay


**UNITED STATES**
**POSTAL SERVICE** ®

July 09, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 9772 50**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 09, 2026, 08:40 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | MARKWAYNE MULLIN, SEC. US DHS |

## Shipment Details

**Weight:**

## Recipient Signature

**Signature of Recipient:** Jon M Reyes

Jose Reyes

**Address of Recipient:** RUN 19  20513  20654  20592  20223  20524  20598  20229  20528

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

MARKWAYNE MULLIN, SEC. US DHS
245 MURRAY LN. SE
STOP 0485
WASHINGTON, DC 20528
Reference #: 87757
Item ID: 87757

# EXHIBIT A