# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

Venezuelan Association of Massachusetts
**Plaintiff**

vs

**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**
**Defendant**

)
)
)
)
)
)
)
)

**Case Number: 1:26-cv-13038**

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 07/08/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay** upon the within named **Office of the General Counsel, U.S. Department of Homeland Security**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9772 43 with Return Receipt .  The sealed envelope was signed for on  **07/09/2026 .**  (Exhibit A)

Addressed As Follows: **Office of the General Counsel, U.S. Department of Homeland Security, 245 Murray Lane, SW, Mail Stop 0485, Washington,  DC 20528**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/9/2026
_____
Date

*Rita Berzins*
_____
**Rita Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222



87756

Civil Action No.    1:26-cv-13038

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Office of the General Counsel, U.S. Department of Homeland

was received by me on *(date)*    7/8/2026    .

☐  I personally served the summons on the individual at *(place)*

_____    on *(date)* _____    ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)*

_____    , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____    on *(date)* _____    ; or

I returned the summons unexecuted because _____ ; or

☐  Other *(specify)*:    **Mailed by Certified Mail 9402 8362 0855 1274 9772 43 to 245 Murray Lane, SW, Mail Stop 0485, Washington, DC 20528 on 07/08/2026. Service was signed for on 07/09/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:   7/9/2026

_____
*Server's signature*

Rita Berzins, Process Server
_____
*Printed name and title*

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

87756

Additional information regarding attempted service, etc:

Documents Served: Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay


**UNITED STATES POSTAL SERVICE**®

July 09, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9402 8362 0855 1274 9772 43**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Left with Individual |
| **Status Date / Time:** | July 09, 2026, 08:40 am |
| **Location:** | WASHINGTON, DC 20528 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | OFFICE OF GENERAL COUNSEL |

## Shipment Details

**Weight:**

## Recipient Signature

Signature of Recipient: *Jose Reyes*

Address of Recipient: *[handwritten]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

OFFICE OF GENERAL COUNSEL
US DEPT. OF HOMELAND SECURITY
245 MURRAY LANE, SW
MAIL STOP 0485
WASHINGTON, DC 20528
Reference #: 87756
Item ID: 87756

# EXHIBIT A