# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Venezuelan Association of Massachusetts**
**Plaintiff**                                                    )
                                                                 )
**vs**                                                           )
                                                                 )          **Case Number: 1:26-cv-13038**
                                                                 )
**U.S. CITIZENSHIP AND IMMIGRATION SERVICES**                    )
**Defendant**                                                    )
                                                                 )

## AFFIDAVIT OF MAILING SERVICE

I, Rita Berzins, the undersigned, and does hereby swear and affirm that affiant is a Private Process Server and disinterested Person over the age of eighteen. Affiant is not a party in this matter and has a business address of 18403 Woodfield Road, Suite A Gaithersburg, MD 20879.

I, Rita Berzins, certify that on 07/08/2026, I mailed by Priority 2 Day Return Receipt Certified a copy of the within **Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay** upon the within named **Todd Blanche, in his official capacity as Acting Attorney General**, in the following manner,

**(XX) MAILING SERVICE:** By placing a true copy of each document in the United States mail, in a sealed envelope by Priority Mail 2-Day with Certified Mail #9402 8362 0855 1274 9772 29 with Return Receipt .  The sealed envelope was signed for on  **07/10/2026 .**  (Exhibit A)

Addressed As Follows: **Todd Blanche, in his official capacity as Acting Attorney General,  950 Pennsylvania Ave NW, Washington, DC 20530**

I, Rita Berzins, certify that my statements, contained within the foregoing affidavit are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

7/10/2026
_____
Date



87755

*Rita Berzins*
_____
**Rita Berzins**
P.O. Box 18647
Washington, DC  20036
202-296-0222

Civil Action No.    1:26-cv-13038

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Todd Blanche, in his official capacity as Acting Attorney General

was received by me on *(date)*    7/8/2026                .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*    **Mailed by Certified Mail 9402 8362 0855 1274 9772 29 to 950 Pennsylvania Ave NW, Washington, DC 20530 on 07/08/2026. Service was signed for on 07/10/2026. (See Exhibit A)**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date:    7/10/2026 _____

_____
*Server's signature*

Rita Berzins, Process Server
_____
*Printed name and title*

87755

P.O. Box 18647, Washington, DC  20036
_____
*Server's address*

Additional information regarding attempted service, etc:

Documents Served: Order Allowing Excess Pages, Summons Returned Executed as to US Attorney, and Memorandum in Support re Motion to Stay


**UNITED STATES POSTAL SERVICE** ®

July 10, 2026

Dear Simple Certified:

The following is in response to your request for proof of delivery on your item with the tracking number: **9402 8362 0855 1274 9772 29**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Post Office |
| **Status Date / Time:** | July 10, 2026, 05:27 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |
| **Recipient Name:** | TODD BLANCHE, ACTING US AG |

## Shipment Details

**Weight:**

## Recipient Signature

| | |
|---|---|
| **Signature of Recipient:** | X *Alfred V. Ovus* |
| | *Todd T. A* |
| **Address of Recipient:** | *JUSTICE 20530* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

TODD BLANCHE, ACTING US AG
950 PENNSYLVANIA AVE. NW
WASHINGTON, DC 20530
Reference #: 87755
Item ID: 87755

# EXHIBIT A