AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts ⬇

| | |
|---|---|
| Venezuelan Association of Massachusetts, et al | ) |
| *Plaintiff* | ) |
| v. | )    Case No.   1-26-cv-13038 |
| US Citizenship and Immigration Services, et al | ) |
| *Defendant* | ) |

### APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs        .

Date:     July 15, 2026

 

*Attorney's signature*

Jessica Karp Bansal (California Bar 277347)
*Printed name and bar number*
National Day Laborer Organizing Network, 1030 S. Arroyo Pkwy, Suite 106, Pasadena, CA 91105

*Address*

jessica@ndlon.org
*E-mail address*

626-214-5689
*Telephone number*

*FAX number*