UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    Respondents. | No. 1:26-cv-13038-NMG |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO STAY AGENCY ACTION (Doc. 11)

Defendants respectfully move for an extension of time, up to and including July 21, 2026, to respond to Plaintiffs' Motion for a Stay of Agency Action under 5 U.S.C. § 705 ("Motion"). Doc. No. 11.  In support of this motion, Respondents state:

1.    Plaintiffs filed the Motion on July 2, 2026.  Doc. No. 11.  The Memorandum in Support of the Motion was filed on July 6, 2026.  Doc. No. 15.

2.    Undersigned counsel was assigned to this matter on July 15, 2026.

3.    The deadline for Defendants to respond to the Motion is currently July 16, 2026.

4.    By way of their Motion, Plaintiffs seek to stay USCIS's July 2025 Cap Policy, March 2026 Update, and April 2026 IFR.  Due to the complexity of the issues raised in Plaintiffs' motion, as well as the unusually high volume of undersigned counsel's caseload, additional time is needed to prepare a response to Plaintiff's Motion and undergo internal review processes.

5.      Undersigned counsel conferred with counsel for Plaintiffs prior to filing this Motion.  Plaintiffs consent to this extension as long as it does not delay the hearing scheduled for July 30, 2026.

WHEREFORE, Defendants respectfully request that the Court allow their motion and permit them until July 21, 2026, to respond to Plaintiff's Motion.

Dated: July 15, 2026                                      Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:     */s/ Nicole M. O'Connor*
        NICOLE M. O'CONNOR
        Assistant U.S. Attorney
        U.S. Attorney's Office
        John Joseph Moakley U.S. Courthouse
        One Courthouse Way, Suite 9200
        Boston, Massachusetts 02210
        (617) 748-3112
        Nicole.O'Connor@usdoj.gov

2

## **LOCAL RULE 7.1 CERTIFICATION**

I, Nicole M. O'Connor, hereby certify that I conferred with counsel for Plaintiffs prior to filing this motion. Plaintiffs consent to this extension as long as it will not delay the hearing scheduled for July 30, 2026.

Dated: July 15, 2026           By:    */s/ Nicole M. O'Connor*
                                            NICOLE M. O'CONNOR
                                            Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorneys of record by means of the Court's Electronic Case Filing system on July 15, 2026.

                                            */s/ Nicole M. O'Connor*
                                            NICOLE M. O'CONNOR
                                            Assistant U.S. Attorney