**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. |

Case No. 1:26-cv-13038

**EMERGENCY MOTION FOR AN ADMINISTRATIVE STAY, OR, IN THE
ALTERNATIVE, A STAY PENDING APPEAL**

Plaintiffs respectfully move the Court to issue an administrative stay that maintains the status quo until it can rule on Plaintiffs' Motion for a Stay of Agency Action Under 5 U.S.C. § 705.

Plaintiffs' Motion for a Stay requested a ruling by July 21, 2026, because some of Plaintiffs' members with Temporary Protected Status ("TPS") are at risk of losing their jobs on July 22, 2026. In addition, since Plaintiffs filed the Motion to Stay, many asylum seekers, including members of Plaintiff organizations, have learned that their time to pay the annual asylum fee has expired even though they did not receive any notice to pay, meaning that USCIS will reject their asylum applications, terminate their work authorization, and expose them to detention and deportation. This Court has scheduled a hearing on Plaintiffs' Motion for a Stay for July 30, 2026, *after* many of Plaintiffs' members are likely to suffer these irreparable harms.

Therefore, Plaintiffs respectfully request that this Court issue an order administratively staying: (1) the March 2026 Update to USCIS's website ("March 2026 Update"); (2) the provisions of the April 29, 2026 interim final rule ("April 2026 IFR") regarding the consequences for failure

1

to pay the annual asylum fee; and (3) the July 2025 policy that limited the duration of TPS work authorizations issued to TPS holders who applied before H.R. 1 took effect ("July 2025 Cap Policy") until the Court issues a ruling on the Motion for a Stay.

Plaintiffs also respectfully provide notice that, if the Court has not granted an administrative stay by July 20, 2026 at 9:00 am, Plaintiffs intend to appeal the constructive denial of their Motion for Stay to the U.S. Court of Appeals for the First Circuit and to ask the court of appeals for a stay pending appeal or, in the alternative, an administrative stay. If this Court does not intend to rule by then, or intends to deny the motion, it should stay Defendants' actions pending Plaintiffs' appeal.

Pursuant to Local Rule 7.1(a)(2), counsel for Plaintiffs certify that on July 14, 2026, at 4:40 pm they emailed counsel for Defendants, including an Assistant United States Attorney for the District of Massachusetts and officials in the Civil Division, Office of Immigration Litigation, of the Department of Justice, asking for their position on this motion. On July 15, 2026 at 4:00 pm Assistant United States Attorney Nicole O'Connor responded that Defendants oppose the motion.

Dated July 15, 2026

Respectfully submitted,

Conchita Cruz*
Jessica Hanson**
Marcela X. Johnson*
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jessica Karp Bansal*

/s/ Jennie L. Kneedler
Sean Ouellette (MA Bar. No. 697559)
Jennie L. Kneedler * (DC Bar No. 500261)
Steven Y. Bressler * (DC Bar No. 482492)
Brian Netter * (DC Bar No. 979362)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

2

**NATIONAL DAY LABORER**
**ORGANIZING NETWORK**                    *Counsel for All Plaintiffs*
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105                            * Admitted pro hac vice
Telephone: (626) 214-5689                    ** Application for admission forthcoming
jessica@ndlon.org

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this July 15, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments. I also sent the government a copy of the foregoing and all attachments by emailing the documents to:

Nicole M. O'Connor
Assistant United States Attorney
Nicole.O'Connor@usdoj.gov

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler

## RULE 7.1 STATEMENT

Pursuant to Local Rule 7.1(a)(2), I certify that on July 14, 2026 at 4:40 pm, I emailed counsel for Defendants, including an Assistant United States Attorney for the District of Massachusetts and officials in the Civil Division, Office of Immigration Litigation, of the Department of Justice, asking for their position on this Motion. On July 15, 2026 at 4:00 pm Assistant United States Attorney Nicole O'Connor responded that Defendants oppose the motion.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler

5