**SUMMARY OF USCIS ANNUAL ASYLUM FEE NOTICES AND PAYMENTS**

| | 5/26/26 | 6/3/26 | 6/17/26 | 6/30/26 | 7/8/26 | 7/15/26 | 7/21/26 |
|---|---|---|---|---|---|---|---|
| Total Pending Cases | | | | | | 1,236,638 | |
| Total Pending PreFY25 Cases with the fee notice sent | 963,717 | 961,346 | 957,061 | 953,981 | 949,651 | | |
| Total PreFY25 Annual Fee Notices Sent (includes attorney copies) | 1,484,521 | 1,604,380 | 1,826,749 | 1,846,371 | 1,846,501 | | |
| Total Pending FY25 Cases with the fee notice sent | 284,056 | 283,279 | 282,301 | 294,161 | 297,309 | | |
| Total PostFY25 Annual Fee Notices Sent (includes attorney copies) | 354,253 | 354,253 | 376,410 | 462,895 | 467,841 | | |
| Total Annual Fee Payment Successes | 858,171 | 910,780 | 931,723 | 957,119 | 975,147 | 986,959 | |
| Total Cases with Outstanding Annual Fee Payment Failures | 879 | 870 | 896 | 847 | 809 | 816 | |
| Total Pending PreFY25 Cases With Outstanding Fee Payment | 312,034 | 281,721 | 243,560 | 242,982 | 164,690 | 91,214 | |
| Total Pending FY25 Cases With Outstanding Fee Payment | 100,166 | 87,218 | 83,247 | 88,491 | 87,060 | 73,410 | |
| Total in Annual Fee Unpaid Case State | | | | | 67,351 | 143,593 | 227,186 |
| Total PreFY25 in Annual Fee Unpaid Case State | | | | | 66,947 | 117,507 | 162,861 |
| Total Post FY25 in Annual Fee Unpaid Case State | | | | | 404 | 26,086 | 64,325 |