# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-13038-NMG |

## NOTICE OF APPEAL

Plaintiffs respectfully provide notice that they appeal to the United States Court of Appeals for the First Circuit from those portions of the district court's August 5, 2026, order denying their Motion for a Stay of Agency Action Under 5 U.S.C. § 705 (Dkt. No. 11).


Dated August 6, 2026

Conchita Cruz*
Jessica Hanson
Marcela X. Johnson*
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jessica Karp Bansal*
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106

Respectfully submitted,

*/s/ Jennie L. Kneedler*
Sean Ouellette (MA Bar. No. 697559)
Jennie L. Kneedler * (DC Bar No. 500261)
Steven Y. Bressler * (DC Bar No. 482492)
Brian Netter * (DC Bar No. 979362)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

*Counsel for All Plaintiffs*

1

Pasadena, CA 91105
Telephone: (626) 214-5689
jessica@ndlon.org

* Admitted pro hac vice

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this August 6, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler