# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

### CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption:     Venezuelan Association of Massachusetts et al v. United States Citizenship and Immigration Services et al

District Court Number:     1:26-cv-13038-NMG

Fee:     Paid?   Yes X   No ____   Government filer ____   *In Forma Pauperis* Yes ____   No X

| | | | |
|---|---|---|---|
| Motions Pending | Yes ____ No X | Sealed documents | Yes ____ No X |
| *If yes, document #* | _____ | *If yes, document #* | _____ |
| *Ex parte* documents | Yes ____ No X | Transcripts | Yes ____ No X |
| *If yes, document #* | _____ | *If yes, document #* | _____ |

Notice of Appeal filed by: Plaintiff/Petitioner X   Defendant/Respondent ____   Other: ____

Appeal from:

## ECF #53 Memorandum and Order

Other information:

    I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

## #11, #53, and #54

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 54 _____ filed on 8/6/2026 _____.

    In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/6/2026 _____.

**ROBERT M. FARRELL**
Clerk of Court

/s/ Nicole Cowan
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**