**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>    *Defendants*. | Case No. 1:26-cv-13038 |

**EMERGENCY MOTION FOR A STAY PENDING APPEAL, OR IN THE
ALTERNATIVE TO EXTEND ADMINISTRATIVE STAY**

Plaintiffs respectfully move under 5 U.S.C. § 705 and Federal Rule of Civil Procedure 62 for a stay pending appeal of the March Update, Cap Policy, and April IFR to the extent they result in the termination of TPS work authorization. In the alternative, Plaintiffs request that the Court extend its previously granted administrative stay of those actions until the First Circuit rules on an emergency motion for a stay pending appeal from that court. Dkt. No. 47 at 5.[1] Because of the imminent irreparable harms TPS holders are already suffering absent relief, Plaintiffs respectfully request a ruling on this motion by 9:00 a.m. Monday, August 10, 2026. If the Court has not ruled on Plaintiffs' motion by that time, Plaintiffs intend to renew their motion for a stay pending appeal and administrative stay with the First Circuit.

---

[1] Yesterday, Plaintiffs filed a notice of appeal and moved the First Circuit for an emergency stay pending appeal and an immediate administrative stay. Plaintiffs believed they had discharged their obligation to move for such relief in this court first. *See* Fed. R. App. P. 8(a)(1). This morning, however, the First Circuit denied Plaintiffs' emergency motion without prejudice, ruling that Plaintiffs did not make an adequate request to this Court for a stay pending appeal. *See* Order, *Venezuelan Ass'n of Mass. v. USCIS*, No. 26-1893 (1st Cir. Aug. 7, 2026).

As this Court acknowledged when it administratively stayed the March 2026 Update, Cap Policy, and April 2026 IFR, many TPS holders—including Plaintiffs' members—cannot work and will lose the ability to support themselves and their families if the policies remain in effect. They will thus suffer irreparable harm absent a stay pending appeal. In addition, Plaintiffs respectfully submit that they are likely to succeed on the merits of the appeal, and the balance of equities and public interest tip in their favor.

Accordingly, for these reasons and as more fully set forth in Plaintiffs' accompanying Memorandum of Law, the Court should grant a stay pending appeal or, in the alternative, administrative stay.

Defendants oppose the motion.

Dated August 7, 2026

Respectfully submitted,

Conchita Cruz*
Jessica Hanson
Marcela X. Johnson*
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave. S. #84810
New York, NY 10003-1502
Telephone: (646) 647-6779
conchita.cruz@asaptogether.org
jess.hanson@asaptogether.org
marcela.johnson@asaptogether.org

Jessica Karp Bansal*
**NATIONAL DAY LABORER ORGANIZING NETWORK**
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689
jessica@ndlon.org

*/s/ Jennie L. Kneedler*
Sean Ouellette (MA Bar. No. 697559)
Jennie L. Kneedler * (DC Bar No. 500261)
Steven Y. Bressler * (DC Bar No. 482492)
Brian Netter * (DC Bar No. 979362)
**DEMOCRACY FORWARD FOUNDATION**
P.O. Box 34553
Washington, DC 20043
Phone: (202) 448-9090
souellette@democracyforward.org
jkneedler@democracyforward.org
sbressler@democracyforward.org
bnetter@democracyforward.org

*Counsel for All Plaintiffs*

* Admitted pro hac vice

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this August 7, 2026, I caused the foregoing to be electronically filed with the clerk of the court for the U.S. District Court for the District of Massachusetts by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, a true and correct copy of the foregoing instrument and all attachments.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler

**RULE 7.1 STATEMENT**

Pursuant to Local Rule 7.1(a)(2), I certify that on August 7, 2026, at 11:50 am, I emailed counsel for Defendants asking for their position on this Motion. Assistant United States Attorney Nicole O'Connor responded that Defendants oppose the motion.

*/s/ Jennie L. Kneedler*
Jennie L. Kneedler