**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, <br><br> *Defendants*. | Case No. 1:26-cv-13038 |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION FOR A STAY PENDING APPEAL**

Plaintiffs' Emergency Motion for a Stay Pending Appeal is hereby GRANTED.

It is hereby ORDERED that, pending further order from the United States Court of Appeals for the First Circuit:

1. The following agency actions are stayed:

   a. USCIS's March 2026 update to its website on Temporary Protected Status that revised language discussing "Employment Authorization Document (EAD) Extension" ("March 2026 Update");

   b. The provisions of *USCIS Immigration Fees and Related Procedures Required by H.R. 1 Reconciliation Bill*, 91 Fed. Reg. 22952 (Apr. 29, 2026) ("April 2026 IFR") implementing the duration of work authorization for TPS holders; and

c.    USCIS's July 2025 Cap Policy, by which USCIS applied 8 U.S.C. § 1811(a) retroactively to limit the effective period of work permits issued to TPS holders from El Salvador, Sudan, and Ukraine to only one year after the date of adjudication, without providing any means for TPS holders to obtain employment authorization for their remaining period of TPS status.

2.    Accordingly, pending further order of the First Circuit, the Court further orders as follows:

a.    Any 540-day automatic EAD extension issued to a TPS holder under El Salvador, Sudan, or Ukraine's designation who filed an application to renew a TPS EAD between January 17, 2025 and March 18, 2025 remains valid;

b.    Any TPS EAD with an expiration date between July 22, 2026 and September 8, 2026 issued to a TPS holder under El Salvador's designation who applied for a TPS EAD before July 4, 2025 remains valid;

c.    Any TPS EAD with an expiration date between July 22, 2026 and October 18, 2026 issued to a TPS holder under Sudan or Ukraine's designation who applied for a TPS EAD before July 4, 2025 remains valid.

**IT IS SO ORDERED.**

Dated:

_____

_____ The Honorable Nathaniel M. Gorton
United States District Judge