## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-13038 |

### EMERGENCY MOTION FOR A STAY PENDING APPEAL, OR IN THE ALTERNATIVE TO EXTEND ADMINISTRATIVE STAY

Plaintiffs respectfully move under 5 U.S.C. § 705 and Federal Rule of Civil Procedure 62 for a stay pending appeal of the March Update, Cap Policy, and April IFR to the extent they result in the termination of TPS work authorization. In the alternative, Plaintiffs request that the Court extend its previously granted administrative stay of those actions until the First Circuit rules on an emergency motion for a stay pending appeal from that court. Dkt. No. 47 at 5.[1] Because of the imminent irreparable harms TPS holders are already suffering absent relief, Plaintiffs respectfully request a ruling on this motion by 9:00 a.m. Monday, August 10, 2026. If the Court has not ruled on Plaintiffs' motion by that time, Plaintiffs intend to renew their motion for a stay pending appeal and administrative stay with the First Circuit.

---

[1] Yesterday, Plaintiffs filed a notice of appeal and moved the First Circuit for an emergency stay pending appeal and an immediate administrative stay. Plaintiffs believed they had discharged their obligation to move for such relief in this court first. *See* Fed. R. App. P. 8(a)(1). This morning, however, the First Circuit denied Plaintiffs' emergency motion without prejudice, ruling that Plaintiffs did not make an adequate request to this Court for a stay pending appeal. *See* Order, *Venezuelan Ass'n of Mass. v. USCIS*, No. 26-1893 (1st Cir. Aug. 7, 2026).

Motion denied. *[signature]*, SUSDJ 08/10/2026