**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-13038-NMG |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter my appearance as counsel for the Plaintiffs in the above-titled action.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Jessica R. Hanson*
Jessica R. Hanson (MA BBO No. 714653)
**ASYLUM SEEKER ADVOCACY PROJECT**
228 Park Ave S. #84810
New York, NY 10003-1502
Phone: (646) 600-9910
jess.hanson@asaptogether.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I, Jessica Hanson, hereby certify that on August 13, 2026, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

Dated: August 13, 2026

Respectfully submitted,

*/s/ Jessica Hanson*
Jessica Hanson