UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VENEZUELAN ASSOCIATION OF MASSACHUSETTS, et al.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.<br><br>Defendants. | No. 1:26-cv-13038-NMG |

**DEFENDANTS' ASSENTED TO MOTION FOR AN EXTENSION OF TIME**
**TO ANSWER THE COMPLAINT**

Defendants respectfully move for an extension of time, up to and including Monday, November 16, 2026, to file their answer, if any, to the Complaint (Doc No. 1, "Complaint"). In support of this motion, Defendants state:

1. Plaintiffs filed their Complaint on July 1, 2026.

2. Counsel for defendants states that the parties have agreed that the additional time will enable the parties to continue to resolve various outstanding legal issues.

3. Defendants reserve the right to file a motion to dismiss. The parties have agreed that any such motion will be filed after production of the administrative record ("AR") and resolution of any AR-related motions practice, and in conjunction with the parties' summary judgment motions.

WHEREFORE, Defendants respectfully request that the Court allow their motion and permit up to and including Monday, November 16, 2026, for Defendants to answer the Complaint.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3100
Email: rayford.farquhar@usdoj.gov

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify that today I corresponded with Plaintiffs' counsel, Jessica Hanson, and she assented in the filing of this motion.

Dated: September 23, 2026

By: */s/ Rayford A. Farquhar*
Rayford A. Farquhar
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: September 23, 2026

By: */s/ Rayford A. Farquhar*
RAYFORD A. FARQUHAR
Assistant United States Attorney