# United States Court of Appeals
## For the First Circuit

---

No. 26-1893

VENEZUELAN ASSOCIATION OF MASSACHUSETTS; NATIONAL TPS ALLIANCE; ASYLUM SEEKER ADVOCACY PROJECT; SERVICE EMPLOYEES INTERNATIONAL UNION AFL-CIO; SERVICE EMPLOYEES INTERNATIONAL UNION LOCAL 32BJ,

Plaintiffs - Appellants,

v.

U.S. CITIZENSHIP AND IMMIGRATION SERVICES; JOSEPH B. EDLOW, in the official capacity as Director of USCIS; US DEPT. OF HOMELAND SECURITY; MARKWAYNE MULLIN, in the official capacity as Secretary of Homeland Security,

Defendants - Appellees.

---

**MANDATE**

Entered: November 9, 2026

In accordance with the judgment of November 9, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Bansal
Steven Y. Bressler
Abraham R. George
Jessica Hanson
Marcela X. Johnson
Jennie L Kneedler
Donald Campbell Lockhart
Brian D. Netter
Nicole Marie O'Connor
Sean R. Ouellette